# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
SUPERIOR COURT

**FOR SERVICE**

Merrimack Superior Court
5 Court Street
Concord NH 03301

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://wwws.courts.nh.gov

February 11, 2026

**SANDY TOWNE**
**160 SPRING ST**
**HOPKINTON NH 03229**

Case Name:     **Sandy Towne v Jeanne Shaheen, et al**
Case Number:   **217-2026-CV-00060**

Jennifer L. Uhouse
Clerk of Court

(1425)

C: State of New Hampshire

NHJB-2012-DFPS (07/01/2011)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
SUPERIOR COURT

Merrimack Superior Court
5 Court Street
Concord NH  03301

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
https://www.courts.nh.gov

## SUMMONS IN A CIVIL ACTION



Case Name:     **Sandy Towne v Jeanne Shaheen, et al**
Case Number:   **217-2026-CV-00060**

Date Complaint Filed: January 27, 2026

A Complaint has been filed against Kelly Ayotte; Jeanne Shaheen; State of New Hampshire in this Court. A copy of the Complaint is attached.

### The Court ORDERS that ON OR BEFORE:

| | |
|---|---|
| March 28, 2026 | Sandy Towne shall have this Summons and the attached Complaint served upon Kelly Ayotte; Jeanne Shaheen; State of New Hampshire in hand only. |
| April 18, 2026 | Sandy Towne shall electronically file the return(s) of service with this Court. Failure to do so may result in this action being dismissed without further notice. |
| 30 days after Defendant is served | Kelly Ayotte; Jeanne Shaheen; State of New Hampshire must electronically file an Appearance and Answer or other responsive pleading form with this Court.  A copy of the Appearance and Answer or other responsive pleading must be sent electronically to the party/parties listed below. |

**Notice to Kelly Ayotte; Jeanne Shaheen; State of New Hampshire:** If you do not comply with these requirements you will be considered in default and the Court may issue orders that affect you without your input.

Send copies to:

| | |
|---|---|
| Sandy Towne | 160 Spring St Hopkinton NH  03229 |
| Jeanne Shaheen | 340 Central Ave Suite 205 Dover NH  03820 |
| Kelly Ayotte | 107 North Main Street Concord NH  03301 |
| State of New Hampshire | Internal Revenue Office PO Box 637 Concord NH  03302 |

BY ORDER OF THE COURT

· February 11, 2026

Jennifer L. Uhouse
Clerk of Court

(1425)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Merrimack Superior Court
5 Court Street
Concord NH  03301

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
https://www.courts.nh.gov

## NOTICE TO DEFENDANT

Case Name:  **Sandy Towne v Jeanne Shaheen, et al**
Case Number:  **217-2026-CV-00060**

You have been served with a Complaint which serves as notice that this legal action has been filed against you in the **Merrimack Superior Court.** Review the Complaint to see the basis for the Plaintiff's claim.

Each Defendant is required to electronically file an Appearance and Answer 30 days after service. You may register and respond on any private or public computer. For your convenience, there is also a computer available in the courthouse lobby.

If you are working with an attorney, they will guide you on the next steps. If you are going to represent yourself in this action, go to the court's website: www.courts.nh.gov, select the Electronic Services icon and then select the option for a self-represented party.

1. Complete the registration/log in process. Click Register and follow the prompts.

2. After you register, click Start Now. Select **Merrimack Superior Court** as the location.

3. Select "I am filing into an existing case". Enter **217-2026-CV-00060** and click Next.

4. When you find the case, click on the link and follow the instructions on the screen. On the "What would you like to file?" screen, select "File a Response to Civil Complaint". Follow the instructions to complete your filing.

5. Review your Response before submitting it to the court.

**IMPORTANT:** After receiving your response and other filings the court will send notifications and court orders electronically to the email address you provide.

A person who is filing or defending against a Civil Complaint will want to be familiar with the Rules of the Superior Court, which are available on the court's website: www.courts.nh.gov.

Once you have registered and responded to the summons, you can access documents electronically filed by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide. In that process you will register, validate your email, request access and approval to view your case. After your information is validated by the court, you will be able to view case information and documents filed in your case.

If you have questions regarding this process, please contact the court at 1-855-212-1234.

NHJB-2678-Se (07/01/2018)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: Merrimack County / Superior Court

Case Name: Sandy Towne / Jeanie Shaheen Kelly Ayutte / State of NH.

Case Number:
(if known)

## MOTION FOR WAIVER OF FILING FEE

I, Sandy A Towne _____, hereby request that the Court waive the filing fee in this case as I do not have the financial ability to pay these fees at this time

I have completed a Statement of Assets and Liabilities which is being filed with this motion.

In support of this motion, it is stated as follows:

Income is below poverty level.

Exspenses greater than Income

107 north main St Cnrord N.H /Kelly Ayutte
2960)
390 Central ave /Suite 205 Dover NH
3820 Jeanne Shaheen.

Wherefore, it is respectfully requested that this Court waive the filing fee in this case    Jan/27/26

Sandy A Towne
Name of Filer

Self
Law Firm, if applicable          Bar ID # of attorney

160 Spring St
Address

Hopkington          NH      03229
City                State      Zip code

X Sandy a Towne
Signature of Filer                    Date

(607) 674-1824
Telephone

cutiegale240gmail.com
E-mail

Case Name: _Cindy H Towne_

Case Number: _____

MOTION FOR WAIVER OF FILING FEES

FOR COURT USE ONLY

[X] Motion Granted                                    [ ] Motion Denied

[ ] Motion granted, in part.  Filing fee reduced, party to pay $ _____

Sheriff's fees waived.

February 6, 2026                                    _D.I. St.H._

Date

# Honorable Daniel I. St.Hilaire

Clerk's Notice of Decision
Document Sent to Parties
on  02/03/2026

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: Merrimack court/superior

Case Name: Sandy Towne / State of N.H. /Kelly Ayotte/Jeanne Shaheen

Case Number: (if known)

## COMPLAINT

Requested: ☒ Jury Trial (as allowed by law)   ☐ Bench Trial

1. Plaintiff's Name Sandy A Towne

Residence Address 160 Spring St

Mailing Address (if different) 160 Spring St

Telephone Number (Home) (603) 671-1824   (Mobile)

2. Defendant's Name State of N.H.

Residence Address                    (See attached ADDRESSES)

Mailing Address (if different)

3. First thing that happened (in one sentence):

Not willing to have any my tax dollars given to ice facility or to pay any ice officer out of my tax dollars.

4. Second thing that happened (in one sentence):

Because of the ice killing people and babys and detaining american citizens of americans to presick unlawful act against the constitution.

5. Third thing that happened (in one sentence)

Do not want to have my tax dollars to be presented to support an ice facility in N.H. two of the House of representative in N.H. lied to my face in court session, Said their going to go ahead

Continue on using separately numbered paragraphs (attach additional sheets if necessary). and

support that facility with my tax dollars. granite square. After merrimack people and going against Bloom after a town hall meeting.

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Kelly Ayotte
~~Shaheen~~

Court Name: Merrimack ___ State of N.H. (Jailer)

Case Name: Sandy A Towle / State of N.H. / Jeane Shaheen /
Kelly Ayotte

Case Number:
(if known)

## ADDITIONAL INFORMATION PAGE

Jeane Shaheen ADDRESS —
340 Central ave / Suite 205 Dover N.H.
03820
(Kelly Ayotte) — 107 North Main St
Concord N.H. 2964

State of N.H. 107 North Main St
Concord N.H. / Internal Revenue office
ADMinistration P/O-Box 637 Concord N.H.
03502-0637.

Sandy A Towle
Name of Filer

Self
Law Firm, if applicable          Bar ID # of attorney

110 Spring St
Address

Hopkinton         NH    03229
City                State    Zip code

Sandy a Towle    1/27/26
Signature                Date

(603)   674-1824
Telephone

culush.24@gmail.com
E-mail

Jeanne Shaheen

Case Name: _Sandy Towne / State of N.H./ Kelly A. Joltle_

Case Number: _____

<u>COMPLAINT</u>

For the reasons stated in this Complaint, I request that the Court issue the following orders:

A. Describe the orders you want the Court to make:

Democratic party went and trendying to contract a facility and Kristy Noam made public statement trying to get the tax dollars. For these reason I request to the Judge my tax payer dollars not be used in the State of N.H. To fund N.H. of an ice facility with to fund the ICE officers

B. All other relief the Court deems fair and just.

Sandy H Towne
Name of Filer

Self
Law Firm, if applicable          Bar ID # of attorney

160 Spring St
Address

Hopkington          NH          03229
City                      State          Zip code

Sandy H Towne          1/27/26
Signature of Filer          Date

(603) 674-1824
Telephone

culegole24@gmail.com
E-mail

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: _Merrimack, NH. / Concord NH._

Case Name: _Sandy Towne / State of N.H._

Case Number: _____
(if known)

## MOTION FOR EXCEPTION FROM ELECTRONIC FILING DUE TO EXTRAORDINARY CIRCUMSTANCES

_Do Not Want E-file_

1. Your name: _Sandy N Towne_

   Residence address: _160 Spring St_

   Mailing address (if different): _160 Spring St_

   Telephone number: _(603) 624-1824_

2. Other party(s) names:

   _None_

3. Do you have access to a computer?
   ☐ Yes
   ☒ No

4. Do you have transportation to your local courthouse or to a place where there is a public computer available (i.e. your local library)?
   ☒ Yes
   ☐ No

5. Provide any additional information you want the court to consider in this Motion for Exception from Electronic Filing Due to Extraordinary Circumstances:

   _lack of computer and access computer_

Case Name: Shea v Towne

Case Number:

## MOTION FOR EXCEPTION FROM ELECTRONIC FILING – EXTRAORDINARY CIRCUMSTANCES

I state that on this date I provided a copy of this document by U.S. mail or hand-delivery to:

_State of NH_    or    _____
(other party)    Jeanne Shaheen    (other party's attorney)
            Kelly Ayotte

Filing Party's Verification: I verify the truth and accuracy of all facts alleged within this document to the best of my belief and further verify that all facts contained in this document are alleged in good faith. By affixing my electronic signature to this document I acknowledge my understanding that any false statements made in this document are punishable as perjury which may include a fine or imprisonment or both.

_____
Date

_____    Signature _Sandy a Towne_
Sandy A Towne
Name of Filer

_Self_    _____    Signature of Filer _Sandy a Towne_    Date
Law Firm, if applicable    Bar ID # of attorney
                    (402) 674-1824
                    Telephone
140 Spring St
Address            culesale24@ gmail.com
Hopkinton    NH    03229    E-mail
City        State    Zip code

## FOR COURT USE ONLY:

[X] The Motion for Exception from Electronic Filing is hereby **GRANTED**.
Paper filings will be accepted from you. You must forward all filings to the other party via U.S. mail or hand-delivery. See attached instructions.

[ ] The Motion for Exception from Electronic Filing is hereby **DENIED**.
You must register/login and provide your valid e-Mail address within 10 days or your case/filing is subject to dismissal or default. See attached instructions.

February 6, 2026
_____
Date

_____
Presiding Justice
**Honorable Daniel I. St.Hilaire**
Clerk's Notice of Decision
Document Sent to Parties
on 02/09/2026